UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GARNET WILLIS,<br><br>    Defendant. | No.   CR-05-6033-RHW<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

Before the Court is Defendant's Motion to Reconsider its order denying his motion for a reduced sentence, brought under 18 U.S.C. § 3582(c)(2). The Court held a telephonic hearing on February 27, 2012. Jane Kirk appeared on behalf of the Government. Scott Ashby represented the Defendant, who was not present. FED. R. CRIM. P. 43(b)(4). The Defendant argues that Freeman v. United States, ___ U.S. ___, 132 S. Ct. 2685, 2695 (2011), decided after the denial of the original motion, now permits a reduction in this case. The Court agrees that it has discretion to reduce the sentence based on the crack-cocaine guideline amendments. But because of the Defendant's extensive and violent criminal history, along with the beneficial sentence he received from his 11(c)(1)(C) plea agreement, the Court denies the motion. Id. at 2694 ("If the district court, based on its experience and informed judgment, concludes the [plea] agreement led to a more lenient sentence than would otherwise have been

**ORDER DENYING MOTION FOR RECONSIDERATION** \* 1

imposed, it can deny the motion[.]").

Accordingly, **IT IS HEREBY ORDERED:**

1. The Defendant's Motion for Reconsideration(ECF No. 68) is **DENIED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel and the U.S. Probation Office.

**DATED** this 27th day of February, 2012.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

reconsideration.ord.wpd

**ORDER DENYING MOTION FOR RECONSIDERATION** * 2