PROB 12C  
(7/93)

Report Date: September 24, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 24 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Garnet Willis          Case Number: 0980 2:05CR06033-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: May 16, 2006

Original Offense:     Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1)

Original Sentence:    Prison 98 months; TSR - 72       Type of Supervision: Supervised Release
                      months

Asst. U.S. Attorney:  Thomas J. Hanlon                  Date Supervision Commenced: August 16, 2013

Defense Attorney:     Alex B. Hernandez, III            Date Supervision Expires: August 15, 2019

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Garnet Willis is considered in violation of his period of supervised release by committing the offense of assault in the third degree with domestic violence on or prior to September 5, 2013. |
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Garnet Willis is considered in violation of his period of supervised release by committing the offense of harassment on or prior to September 5, 2013.<br><br>Officers with the Kennewick Police Department were summonsed to the defendant's residence after a 911 hang up call was received. When officers made contact at the door, the defendant's wife opened the door and the officers could see blood on her face and clothing. She was directed past the officers and out of the residence. Officers saw the defendant inside the residence and he immediately retreated behind a wall where he no longer could be seen. Additional officers were summoned and the defendant reappeared from behind the wall. The defendant was taken into custody at gun point. |

Reports provided by the Kennewick Police Department state the defendant's wife initially stated she did not want to make any statements about what had occurred. She was advised that a no contact order would be put in place and she was "happy about this fact." When asked again what had happened, the defendant's wife stated " I told him to leave and he beat the shit out of me." She admitted she had called the defendant a "punk" and he responded by punching her in the mouth. She further described that every time she attempted to fight back, he would "repeatedly punch her in the face and head." She stated the defendant took her to the ground, held her there, and stated, "I will assassinate you bitch." It was stated the defendant's wife was in fear for her life.

The defendant's wife stated that when officers came to the door and knocked he told her she was not going to answer the door, but she was able to run to the door and get it opened. The officers noted she had multiple lacerations on her face and around her mouth. They also noted what looked to be a rug burn on her neck, and the left side of her forehead turning blue. The reports also noted the defendant's wife was "obviously dizzy" as she had a hard time walking straight. She did not want to provide any additional information and refused medical assistance.

The defendant was booked into the Benton County Jail and charged with assault in the third degree with domestic violence and harassment. The defendant remains in custody on these matters.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/24/2013

s/David L. McCary

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/24/2013
Date