PROB 12C
(7/93)

Report Date: September 30, 2014

**United States District Court**

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 02 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Garnet Willis             Case Number: 0980 2:05CR06033-001

Address of Offender: ███████████████████████████████

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: May 16, 2006

| | | |
|---|---|---|
| Original Offense: | Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison 98 months; TSR - 72 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: May 1, 2014 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: August 31, 2019 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1            **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: Garnet Willis is considered to be in violation of his period of supervised release by using a controlled substance, marijuana, on or prior to July 21, 2014.

On July 21, 2014, the defendant reported to First Step Community Counseling and provided a random urinalysis test. The defendant admitted to using marijuana on or about July 15, 2014, and signed an admissions report.

2            **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Prob12C
**Re: Willis, Garnet**
**September 30, 2014**
**Page 2**

> **Supporting Evidence:** Garnet Willis is considered to be in violation of his period of supervised release by failing to report for random drug testing on August 27, 2014, September 15, 2014, and September 17, 2014.
>
> On each of the above noted dates the defendant was scheduled for a random urinalysis test at First Step Community Counseling. The defendant failed to report for each.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    09/30/14

s/David L. McCary

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/2/2014
Date