PROB 12C  
(7/93)

Report Date: June 1, 2015

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Garnet Willis                    Case Number: 0980 2:05CR06033-001

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: May 16, 2006

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison 98 months; TSR - 72 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | May 1, 2014 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | August 31, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Garnet Willis is considered to be in violation of his period of supervised release by committing the offense of simple assault on or prior to January 31, 2015.<br><br>On January 31, 2015, officers with the Pasco Police Department were dispatched to a 911 hang up. According to the incident report, information was gathered that the victim's boyfriend had punched her in the face. It was later determined that the defendant was the victim's boyfriend. All the information was turned over to the Franklin County Prosecutor and charges were filed under case number 5Z0091099, in Franklin County District Court for simple assault.  The defendant was released on this matter and the next scheduled court date is June 30, 2015. |

Prob12C  
**Re: Willis, Garnet**  
**June 1, 2015**  
**Page 2**

    2    **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.

        **Supporting Evidence**:  Garnet Willis is considered to be in violation of his period of supervised release by possessing a controlled substance, cocaine, on or prior to May 21, 2015.

        On May 21, 2015, officers with the Criminal Apprehension Team in Kennewick identified the defendant driving his vehicle and found he had an active warrant. Officers contacted the defendant and took him into custody. During the search of his person, the defendant was found to be in possession of a smoking device which had a white residue on it. The residue was tested and returned presumptive positive for cocaine. The defendant has been charged in Benton County Superior Court with possession of a controlled substance under case number 15-1-00610-3.  The defendant's next court date on this matter is July 8, 2015.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/01/2015

s/David L. McCary

David L. McCary  
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action  
[X]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[ ]   Other

*Robert H. Whaley*  
Signature of Judicial Officer

June 3, 2015  
Date