PROB 12C
(6/16)

Report Date: January 9, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 12, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Garnet Willis    Case Number: 0980 2:05CR06033-RHW-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: August 12, 1997

| | |
|---|---|
| Original Offense: | Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison 80 months; TSR - 60 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Revocation Sentence: November 6, 2013 | Prison- 6 months 12 days; TSR- 64 months |
| Revocation Sentence: February 19, 2016 | Prison- 90 days; TSR 61 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Defense Attorney: | Alex B. Hernandez, III |

Date Supervision Commenced: April 20, 2016

Date Supervision Expires: May 19, 2021

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition with the violations previously reported to the Court on 11/08/2016.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On January 4, 2017, an officer with the Pasco Police Department observed a vehicle slide through an intersection and fail to stop. Contact was made with the driver and through a records check found the driver had a no-contact order against the defendant. After reviewing a photo of the defendant, it was determined he was the passenger in the vehicle. The defendant was taken into custody and transported to the Franklin County Jail in Pasco. The defendant was cited under report number 17-00395 for violating a domestic violence no contact order. |

| | |
|---|---|
| 8 | **Special Condition # 14**: The defendant shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the Court. The defendant shall allow reciprocal release of information between the supervising officer and treatment provider. The defendant shall contribute to the cost of treatment according to his ability to pay. |

**Supporting Evidence**: On December 21, 2016, information was obtained from the defendant's mental health counselor noting he had missed his last four treatment sessions. The defendant had called on December 21, 2016, and noted he had medical issues with his knee and would not be able to attend.

On December 21, 2016, contact was attempted at the defendant's listed address to check on his medical issue which had been noted to the treatment provider. The defendant's family related he had just left to go out to dinner with a friend. As the defendant had continued to fail to report for treatment services, he was removed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   1/09/2017

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Robert A. Whaley*
Signature of Judicial Officer

January 12, 2017
Date